

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00196-CV

## IN THE MATTER OF THE MARRIAGE OF
## DONYA WEBER AND
## JAMES FORTENBERRY

**From the 378th District Court**
**Ellis County, Texas**
**Trial Court No. 104473D**

## MEMORANDUM OPINION

Donya Weber appeals an order of the trial court which was rendered against her. Weber's filing fee for this appeal is past due. In a letter dated September 1, 2021, the Clerk of this Court warned Weber that her appeal would be presented to the Court for dismissal if the fee was not paid within 10 days from the date of the letter. *See* TEX. R. APP. P. 42.3(c). More than 10 days have passed, and we have not received the fee, or any communication, from Weber.

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Appeal dismissed
Opinion delivered and filed September 22, 2021
[CV06]

